IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2020-CV-

KATHLEEN KNAPP AND STEPHEN WODLINGER,

     Plaintiffs,

v.

WALGREEN CO., a foreign corporation incorporated in the State of Delaware.

     Defendant.

## NOTICE OF REMOVAL

Defendant Walgreen Co. (hereinafter, "Walgreens"), through its counsel, S. Jane Mitchell, of Hall & Evans, LLC, gives Notice of Removal pursuant to 28 U.S.C. §1332 *et.seq.*, 28 U.S.C. §1441 *et.seq.*, and 28 U.S.C. §1446 *et.seq.*

    1.    This matter is currently pending in the District Court for Eagle County, Colorado, case number 2020CV30194 [Plaintiffs' Complaint, attached as Exhibit A and Eagle County District Court file documents, attached as Exhibits A through G]. Plaintiffs filed their Complaint September 4, 2020. In their Complaint, Plaintiffs assert a claim for premises liability pursuant to C.R.S. § 13-21-1115 and loss of consortium. [Exhibit A, at pp. 4-5]

    2.    According to the Complaint, Plaintiff Knapp's injuries include rib separation, a complete tear to her supraspinatus muscle in her right rotator cuff, a fraying of one of her other right rotator cuff muscle, and a strained right bicep tendon. [Exhibit A, ¶45] She has incurred and will incur in the future economic losses, including hospital and medical expenses, charges for physicians' services and examinations, clinic visits, physical therapy, radiographic studies,

and other expenses. [Exhibit A, ¶46]  She also alleges she sustained non-economic damages, including physical impairment and disfigurement.  [Exhibit A, ¶47]

3. To establish its burden to show the case meets the jurisdictional amount in controversy, a defendant can point to a plaintiff's proposed settlement amount.  McPhail v. Deere & Co., 579 F.3d 947, 956 (10th Cir. 2007).  Use of this figure at this point in the litigation is permitted to establish the amount in controversy, even if Rule 408 would later prohibit its use at trial to establish liability for or invalidity of a claim or its amount.  *Id.*  On June 10, 2020, Plaintiffs made an informal settlement demand of $800,374.85. [Exhibit J]  Accordingly, the amount in controversy is in excess of the jurisdictional limit.

4. Plaintiffs' Complaint was served on Walgreens on September 16, 2020. [Exhibit K]

5. According to the allegations of the Complaint, Plaintiffs are residents of Eagle County, Colorado.  [Exhibit A, ¶1]

6. According to the allegations of the Complaint, Walgreens is a Delaware corporation with its principal office in Illinois.  [Exhibit A, ¶2]

7. The ground for removal of this matter is diversity of citizenship between the parties pursuant to 28 U.S.C. §1332.

8. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being filed with the District Court for Eagle County and Plaintiffs are being served with a copy of this Notice of Removal.

9. Pursuant to 28 U.S.C. § 1446(a) and pursuant to D.C.Colo.LCiv.R. 81.1(b), a copy of the following process, pleadings, and orders that were served upon Walgreen or filed in

the state court action are attached as follows:

| | |
|---|---|
| **Exhibit A** | Complaint for Personal Injuries |
| **Exhibit B** | Civil Case Cover Sheet |
| **Exhibit C** | Summons |
| **Exhibit D** | Delay Reduction & E-Filing Order |
| **Exhibit E** | Order Re Rule 121 Duty to Confer |
| **Exhibit F** | Walgreens' Motion for Enlargement of Time |
| **Exhibit G** | Walgreens' Proposed Order |
| **Exhibit H** | Order Granting Walgreens' Motion for Enlargement of Time |
| **Exhibit I** | Eagle County Case 2020CV030194 Register of Actions |

10. Walgreen has complied with all of the requirements of 28 U.S.C. § 1446 and D.C.Colo.LCiv.R. 81.1.

WHEREFORE, Defendant Walgreens requests the removal of this case from the District Court for Eagle County, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that Walgreens be afforded such further relief as this Court deems just and appropriate.

Dated this 15th day of October, 2020.

By s/ *S. Jane Mitchell*
S. Jane Mitchell
Ken Lyman
HALL & EVANS, L.L.C.
1001 Seventeenth Street, Suite 300
Denver, Colorado 80202
Telephone: 303.628.3300
mitchellj@hallevans.com
lymank@hallevans.com
***Attorneys for Defendant Walgreen Co.***

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 15th day of October, 2020, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Ryan Kalamaya, #39249
Michael Fox, #49082
Kalamaya | Goscha
133 Prospector Road, Suite 4102-X
Aspen, CO 81611
Ryan@kalamaya.law
Michael@kalamaya.law

*s/ Melinda Glenn*

*[Original signatures on file at the offices of Hall & Evans, L.L.C.]*

3046552.1                    4